UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10cr180-MOC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **FINAL ORDER AND JUDGMENT** |
|  | ) | **CONFIRMING FORFEITURE** |
| REGINALD DAUSHAUN EARL TATE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

This matter is before the court on the government's motion for final order and judgment confirming forfeiture [docket no. 19]. On May 10, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and FED. R. CRIM. P. 32(d)(2), based on defendant's plea of guilty to Count One in the Bill of Indictment and evidence already on record; and was adjudged guilty of the offenses charged in those counts.

On May 12, 2011, through June 10, 2011, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from May 12, 2011, for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final.

All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **One Ruger SR9, 9mm semi-automatic pistol, serial number 330-04487 and ammunition.**

Max O. Cogburn Jr.
United States District Judge